IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


**BRIAN JOSEPH FRECHOU**                                                    **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 1:08cv1396-RHW**

**SHERIFF DAVID ALLISON**
**and PEARL RIVER COUNTY**                                        **DEFENDANTS**

## **FINAL JUDGMENT**

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that this case is DISMISSED with prejudice.

SO ORDERED, this the 10th day of February, 2010.

                                                             /s/ *Robert H. Walker*
                                                             ROBERT H. WALKER
                                                            UNITED STATES MAGISTRATE JUDGE